**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**DAVID A. O'NEAL,**<br><br>Defendant | **JUDGMENT IN A CRIMINAL CASE**<br>(**Petty Offense**)<br><br>NO. 5: 10-PO-03-08 (CWH) |

May 3, 2010                             Robin Dunaway
_____     _____
DATE OF IMPOSITION OF SENTENCE                 ATTORNEY FOR DEFENDANT

The above-named defendant having entered a **PLEA OF GUILTY** herein to the **PETTY OFFENSE** of **HUNTING WITH THE AID OF BAIT**, 16 U.S.C. §704(b)(1) and §707(a) i/c/w 50 C.F.R. §20.11, the defendant is hereby CONVICTED of said offense and SENTENCED as follows:

**IT IS THE JUDGMENT OF THE COURT THAT:**

(1) the defendant shall immediately pay the mandatory assessment fee of **$10.00** required by law; and,

(2) he shall immediately pay a **FINE** in the amount of **$1,000.00**.

SO ORDERED AND DIRECTED, this 3rd day of MAY, 2010.



                                                        CLAUDE W. HICKS, JR.
                                                        UNITED STATES MAGISTRATE JUDGE